UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

FORSYTH BUSINESS CENTER LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, and states as follows:

    1.    Plaintiff, Forsyth Business Center LLC, commenced this action by filing a Complaint and Demand for Jury Trial, Case No. 2023-CA-015883-O, in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. Copies of the Complaint and docket are attached as Exhibits to this Notice.

    2.    Westchester was served on December 7, 2023.

## Diversity of Citizenship

1. "Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction. A person's domicile is the place of his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (internal citations omitted) (quotation marks omitted). In determining domicile, courts consider home ownership, driver's license, voting registration, location of family, and location of business. *Turner v. Pa. Lumbermen's Mut. Fire Ins. Co.*, 3:07-cv-374-J-32TEM, 2007 WL 3104930, at *4 (M.D. Fla. Oct. 22, 2007).

2. "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).

3. Under Fla. Stat. § 196.031, "[a] person who as of January 1, has the legal title or beneficial title in equity to real property in this state and who in good faith makes the property his or her permanent residence" is entitled to a homestead exemption.

4. According to Fla. Stat. § 196.012(16), a "permanent resident" is defined as "a person who has established a permanent residence as defined in subsection (17)." Fla. Stat. § 196.012(17) defines "permanent residence" as "that place where a person has his or her true, fixed, and permanent home and principal establishment

to which, whenever absent, he or she has the intention of returning. A person may have only one permanent residence at a time; and, once a permanent residence is established in a foreign state or country, it is presumed to continue until the person shows that a change has occurred."

5. The Plaintiff is believed to be owned by Vivas Holdings of America, LLC, which is believed to be owned by Vivas Group, Inc. *See* Forsyth Business Center LLC 2023 Annual Report, Vivas Holdings of America, LLC 2023 Annual Report, Vivas Group, Inc. 2023 Annual Report, attached as Exhibits.

6. Vivas Group, Inc. is a Florida corporation with principal place of business in Orlando, FL. Vivas Group, Inc. 2023 Annual Report.

7. Accordingly, the Plaintiff's member is a citizen of the State of Florida, and therefore, the Plaintiff is a citizen of the State of Florida.

8. Westchester is an insurance company incorporated in the State of Georgia with a principal place of business in the Commonwealth of Pennsylvania.

9. Therefore, for purposes of 28 U.S.C. § 1332, diversity of citizenship existed among the Plaintiff and Westchester at the time the Plaintiff commenced this action in state court and continues to exist as of the time of filing this Notice of Removal.

## Amount in Controversy

10. The Plaintiff alleges that it is insured under an insurance policy issued by Westchester, a copy of which is attached to the Complaint as Exhibit A ("Policy").[1]

11. The Policy provides certain insurance coverage for the building located at 2060-2090 N Forsyth Rd., Orlando, FL 32807 ("Property").[2]

12. The Plaintiff alleges that the Property was damaged by a windstorm on or about September 28, 2022.[3]

13. The Plaintiff contends that it reported a claim to Westchester for the damage to the Property and that Westchester denied coverage.[4]

14. Pursuant to Fla. Stat. § 627.70152, prior to commencing this lawsuit, the Plaintiff filed Property Insurance Notice of Intent to Initiate Litigation, which made a pre-suit settlement demand to Westchester for $272,266.00, with claimed damages of $267,766.00 and claimed attorney's fees of $15,000.00. The Notice which was accompanied by an itemized estimate of repair costs. The Notice and estimate are attached as a Composite Exhibit.

---

[1] Compl. ¶ 4, Ex. A.
[2] Compl. ¶¶ 4.
[3] Compl. ¶ 6.
[4] Compl. ¶¶ 7-8, 10.

15. Pre-suit settlement demands made pursuant to Fla. Stat. § 627.70152 are indicative of the amount in controversy because of the effect such demands have on the ability of a policyholder to recover attorney's fees. *Knorpel v. Nat'l Specialty Ins. Co.*, No. 23-cv-60675, 2023 WL 3166452, at *3 (S.D. Fla. May 1, 2023) ("Plaintiff and Plaintiff's counsel are severely disincentivized from engaging in puffery or posturing via their pre-suit demand in a Notice of Intent to Litigate because a failure to recover that amount could result in recovering a fraction of attorneys' fees or no attorneys' fees at all.").

16. Based upon the foregoing, Westchester has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

17. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

18. A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**

By: */s/ Chad A. Pasternack*
    Chad A. Pasternack (Lead Counsel)
    Florida Bar No. 117885
    cpasternack@cozen.com
    1801 N. Military Trail, Suite 200

>Boca Raton, FL 33431
>Telephone:  (561) 750-3850
>Facsimile:   (561) 245-6209
>
>Veronica Guerra, Esq.
>Florida Bar No. 119181
>vguerra@cozen.com
>200 South Biscayne Blvd., Ste. 3000
>Miami, FL 33131
>Telephone:  (305) 397-0826
>
>*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's e-Filing Portal this   5$^h$    day of January, 2024 on All Counsel listed on the following Service List.

>/s/  Chad A. Pasternack
>Chad A. Pasternack

**SERVICE LIST**
*Counsel for Plaintiff*
Adry Polo, Esq.
KANDELL, KANDELL & PETRIE
Grand Bay Plaza – Suite 500
2665 South Bayshore Drive
Coconut Grove, FL 33133
Telephone: (305) 858-2220
Email: Adry@kkpfirm.com
          pleadngs@kkpfirm.com
          AGroup@kkpfirm.com

6

LEGAL\67644597\1