UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: 6:24-cv-00028-JA-DCI

FORSYTH BUSINESS CENTER LLC,

    Plaintiff,

vs.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

**COMES NOW** the undersigned law firm, KANDELL, KANDELL, & PETRIE and DAVID ACOSTA, and files this Notice of Appearance on behalf of Plaintiff, in the above-styled cause as its attorney of record. Pursuant to Florida Rule of Judicial Administration 2.516(b)(1), the undersigned law firm hereby designates the following primary and secondary email addresses:

| | |
|---|---|
| PRIMARY: | Sgroup@kkpfirm.com |
| | Pleadings@kkpfirm.com |
| SECONDARY: | Dgroup@kkpfirm.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via the e-portal to all parties and/or counsel of record on Wednesday, February 7, 2024

KANDELL, KANDELL, & PETRIE
Attorneys for Plaintiff
Suite 500 - Grand Bay Plaza
2665 S. Bayshore Drive

Miami, Florida 33133
Telephone (305)858-2220
Email:dgroup@kkpfirm.com
E-service: sgroup@kkpfirm.com
Secondary: Pleadings@kkpfirm.com

By: /s/ David Acosta
**DAVID ACOSTA**
Fla. Bar No.: 112344