UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:24-cv-00028-JA-DCI

FORSYTH BUSINESS CENTER LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF APPEARANCE AND
## NOTICE OF DESIGNATION OF EMAIL ADDRESSES

**PLEASE TAKE NOTICE** that Stephanie Roman, Esq. of the law firm of Cozen O'Connor hereby gives notice of his appearance as counsel on behalf of Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, in the above styled matter. All parties are requested to serve copies of all filings, pleadings, and correspondence to the undersigned counsel, who submit the following email addresses:

**Primary:**   Stephanie Roman, Esq.
               sroman@cozen.com

LEGAL\69807435\1

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ *Stephanie Roman*
Tiffany Bustamante, Esq.
Florida Bar No. 117643
tbustamante@cozen.com
200 South Biscayne Blvd., Ste. 3000
Miami, Florida 33131
Telephone: (305) 704-5940

Stephanie Roman, Esq.
Florida Bar No. 1024952
sroman@cozen.com
200 South Biscayne Blvd., Ste. 3000
Miami, Florida 33131
Telephone: (305) 397-0847

*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Stephanie Roman*
Stephanie Roman, Esq.

LEGAL\69807435\1