# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FORSYTH BUSINESS CENTER
LLC,

        **Plaintiff,**

v.

                                       **Case No. 6:24-cv-28-JA-DCI**

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,
        **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been completely settled. (Mediator's Report, Doc. 31).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 1st, 2024.

                                    JOHN ANTOON II
                                  United States District Judge

Copies furnished to:
Counsel of Record